UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEANTHONY T. WINSTON,<br><br>        Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | 1:23-cv-01086-SAB (PC)<br><br>ORDER TO SUBMIT APPLICATION<br>TO PROCEED IN FORMA PAUPERIS<br>OR PAY FILING FEE WITHIN 45 DAYS |

    Plaintiff is a federal prisoner proceeding pro se in a civil rights action pursuant to <u>Bivens vs. Six Unknown Agents</u>, 403 U.S. 388 (1971).  Plaintiff has not paid the $402.00 filing fee or submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

    Accordingly, IT IS HEREBY ORDERED that:

    1. The Clerk's Office shall send to plaintiff the form for application to proceed in forma pauperis.

    2. Within forty-five (45) days of the date of service of this order, plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $402.00 filing fee for this action.  **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   **July 24, 2023**

                        UNITED STATES MAGISTRATE JUDGE

1